IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRE CY KRON,<br><br>Defendant. | CR 22–60–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for a preliminary forfeiture order. (Doc. 25.) Kron does not object to this motion. (*Id.* at 3.) On July 18, 2022, this Court adjudged Kron guilty as charged in the Indictment. (Doc. 24 at 2.) As such, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d) and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, IT IS ORDERED the motion (Doc. 25) is GRANTED.

IT IS FURTHER ORDERED Kron shall forfeit the following property:

- Springfield Armory, model Hellcat, 9mm semi-automatic pistol (S/N: BY448895); and

- 34 Rounds of Assorted Ammunition.

IT IS FURTHER ORDERED the United States is authorized and ordered to seize the property described above and such property is forfeited to the United

States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).  The aforementioned forfeited property shall be held by the United States in its secure custody and control.

    IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

    The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed, and that this Order is incorporated into any final judgment entered in this matter, pursuant to Rule 32.2(b)(4)(B).

DATED this 26th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court